# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

### APPEARANCE

WALTER W. GARCIA-SERRANO,
ANNA M. STESIK-GARCIA and,
CIPRIAN VERES-POP,

Plaintiffs,

Case Number: 09 CV 5467 (LAK) (HBP)

-against-

33 WEST 54th Street LLC, FRANCESCO
SORRENTINO a/k/a GIANFRANCO
SORRENTINO, and PAULA BOLLA SORRENTINO

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants.

I certify that I am admitted to practice in this court.

June 25, 2009
Date

Signature

Felice B. Ekelman, Esq. (FE 5692)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York, NY 10038
City      State   Zip Code

212-545-4000            212-972-3213
Phone Number            Fax Number