ROBERT WISNIEWSKI (RW-5308)
ROBERT WISNIEWSKI P.C.
225 Broadway, Suite 1020
New York, New York 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WALTER W. GARCIA-SERRANO,
ANNA M. STESIK-GARCIA, CIPRIAN
VERES-POP, JOSE M. MERINO, and WALTER
FLORES on behalf of themselves and on behalf of
all others similarly situated

**Docket No.: 09-CV-5467(LAK)**

Plaintiffs,

-against-

33 WEST 54TH STREET LLC, FRANCESCO
SORRENTINO a/k/a GIANFRANCO
SORRENTINO, PAULA BOLLA SORRENTINO,
and MARIO COPPOLA

Defendants.

-----------------------------------------------------------------X

## CONSENT TO SUE

By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action as a collective action under Section 216(b) of the FLSA and to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit.

Jose M. Merino
Print Name

68-27 forest av. #2L
Address

Ridgewood N.Y. 11385
City, State, Zip Code

_[signature]_
Sign Name

347 283-8485
Telephone

08/21/09
Date