UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WALTER W. GARCIA-SERRANO, et al.,

           Plaintiffs,

-against-                                    09 Civ. 5467 (LAK)

33 WEST 54TH STREET, LLC, et al.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss the amended complaint [DI 10] is denied on the ground that it has been mooted by the filing of a second amended complaint.

        SO ORDERED.

Dated:      August 22, 2009

                                              Lewis A. Kaplan
                                              United States District Judge