UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WALTER W. GARCIA-SERRANNO,
ANNA M. STESIK-GARCIA, CIPRIAN
VERES-POP, JOSE M. MERINO, AND
WALTER FLORES, on behalf of themselves
and on behalf of all others similarly situated,
                                        Plaintiffs,

           -against-                                            09 Civ. 5467 (LAK)

33 WEST 54TH STREET LLC,
FRANCESCO SORRENTINO a/k/a
GIANFRANCO SORRENTINO, PAULA
BOLLA SORRENTINO, AND MARIO
COPPOLA,

                                        Defendants.

-----------------------------------------------------------X

## NOTICE OF DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE

TO:   Robert Wisniewski
      Wisniewski PC
      225 Broadway, Suite 1020
      New York, New York 10007

PLEASE TAKE NOTICE that upon the Memorandum of Law in support of Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint with Prejudice, Defendants 33 West 54th Street LLC, Francesco Sorrentino a/k/a Gianfranco Sorrentino, and Paula Bolla Sorrentino (collectively "Defendants") by and through their undersigned attorneys, Jackson Lewis LLP, shall move this Court, before the Honorable Lewis A. Kaplan, United States District Court Judge, at the United States Courthouse, 500 Pearl Street,

New York, New York 10007, on a date and time set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to partially dismiss Plaintiffs' Amended Complaint with prejudice.

                Respectfully submitted,

                JACKSON LEWIS LLP
                59 Maiden Lane
                New York, New York 10038
                (212) 545-4000

                By:    */s/ Felice B. Ekelman*
                            Felice B. Ekelman (FE 5692)

                ATTORNEY FOR DEFENDANTS

Dated: September 8, 2009
       New York, New York

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Felice B. Ekelman*
Felice B. Ekelman (FE 5692)