Representing Management Exclusively in Workplace Law and Related Litigation

# jackson | lewis
Attorneys at Law

| | | |
|---|---|---|
| **Jackson Lewis LLP** | JACKSONVILLE, FL | PHOENIX, AZ |
| 59 Walden Lane | LAS VEGAS, NV | PITTSBURGH, PA |
| New York, New York 10038 | LONG ISLAND, NY | PORTLAND, OR |
| Tel 212 545-4000 | LOS ANGELES, CA | PORTSMOUTH, NH |
| Fax 212 972-3213 | MEMPHIS, TN | PROVIDENCE, RI |
| www.jacksonlewis.com | MIAMI, FL | RALEIGH-DURHAM, NC |
| ALBANY, NY | MINNEAPOLIS, MN | RICHMOND, VA |
| ALBUQUERQUE, NM | MORRISTOWN, NJ | SACRAMENTO, CA |
| ATLANTA, GA | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| BIRMINGHAM, AL | NEW YORK, NY | SEATTLE, WA |
| BOSTON, MA | ORANGE COUNTY, CA | STAMFORD, CT |
| CHICAGO, IL | ORLANDO, FL | WASHINGTON, DC REGION |
| CLEVELAND, OH | PHILADELPHIA, PA | WHITE PLAINS, NY |
| DALLAS, TX | | |
| DENVER, CO | | |
| DETROIT, MI | | |
| GREENVILLE, SC | | |
| HARTFORD, CT | | |
| HOUSTON, TX | | |

MY DIRECT DIAL IS: 212-545-4005
MY EMAIL ADDRESS IS: EKELMANF@JACKSONLEWIS.COM

October 16, 2009

RECEIVED OCT 16 2009
JUDGE SWEET CHAMBERS

**VIA FACSIMILE (212) 805 7925**
Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Walter W. Garcia-Serrano, Anna M. Stesik-Garcia, and Ciprian Veres-Pop, Walter Flores, and Jose M. Merino v. 33 West 54th Street LLC, et al. 09-CV-5467

Dear Judge Sweet:

  We represent Defendants 33 West 54th Street LLC, Francesco Sorrentino, and Paula Bolla Sorrentino in the above matter, in which a Notice of Reassignment to Your Honor was just filed.

  The parties have been engaged in settlement discussions for some time, and are close to resolution of this matter. The parties jointly request a referral to Magistrate Pittman for assistance with our settlement negotiations. The parties also request that the pending motions and discovery be held in abeyance until such time as the parties can attend a settlement conference before Magistrate Pittman.

  A letter substantially identical to this one, making an identical request, was hand delivered today to Judge Kaplan, to whom this case previously was assigned.

*So ordered.*
*Robert W. Sweet U.S.D.J.*
*10.19.09*

Respectfully submitted,

JACKSON LEWIS LLP

Felice B. Ekelman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/09

FBE:dt
cc: Robert Wisniewski, Esq. (via electronic and regular mail)