Form 1 - PERSONAL WITH MILITARY

**ROBERT WISNIEWSKI P.C.**   ROBERT WISNIEWSKI P.C.
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
WALTER W. GARCIA-SERRANO, ETAL
                                                          PLAINTIFF
- vs -
33 WEST 54TH STREET LLC, ETAL
                                                          DEFENDANT
-----------------------------------------------------------

index No.
**09-CV-5467(LAK)**
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RUDOLPH WRIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **16TH** day of **OCTOBER, 2009 3:45PM** at
    **%IL GATTOPARDO RESTAURANT 33 W.54TH ST**
    **NEW YORK NY 10019**
I served the **JUDGES RULES, SECOND AMENDED SUMMONS, SECOND AMENDED COMPLAINT**
upon **MARIO COPPOLA**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **MARIO COPPOLA**
said **DEFENDANT** personally.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

    SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
    APP.AGE: **45** APP. HT: **5/9** APP. WT: **155**
    OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
20TH day of OCTOBER, 2009

KENNETH WISSNER
Notary Public, NEW YORK
01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2010

RUDOLPH WRIGHT 102279
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-RW1-39296