# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

WALTER W. GARCIA-SERRANO,            Case Number: 09 CV 5467 (RWS) (HP)
ANNA M. STESIK-GARCIA,
CIPRIAN VERES-POP, JOSE M. MERINO,
and WALTER FLORES on behalf of themselves
and on behalf of all others similarly situated

Plaintiffs,

-against-

33 WEST 54th Street LLC, FRANCESCO
SORRENTINO a/k/a GIANFRANCO
SORRENTINO, PAULA BOLLA SORRENTINO,
and MARIO COPPOLA

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for all Defendants.

I certify that I am admitted to practice in this court.

November 4, 2009           _/s/ Felice Ekelman_
Date           Signature

          Felice B. Ekelman, Esq. (FE 5692)
          Print Name

          JACKSON LEWIS LLP, 59 Maiden Lane
          Address

          New York, NY 10038
          City     State   Zip Code

          212-545-4000         212-972-3213
          Phone Number       Fax Number