UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WALTER W. GARCIA-SERRANNO,
ANNA M. STESIK-GARCIA, CIPRIAN
VERES-POP, JOSE M. MERINO, AND
WALTER FLORES, on behalf of themselves
and on behalf of all others similarly situated,
Plaintiffs,

-against-

33 WEST 54TH STREET LLC,
FRANCESCO SORRENTINO a/k/a
GIANFRANCO SORRENTINO, PAULA
BOLLA SORRENTINO, and MARIO
COPPOLA,

Defendants.

------------------------------------------------------------X

09 Civ. 5467 (RWS)(HP)

## NOTICE OF INDIVIDUAL DEFENDANT MARIO COPPOLA'S JOINDER OF DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 12(g)(1), Individual Defendant Mario Coppola ("Coppola"), by through his undersigned counsel, joins co-Defendants 33 West 54th Street, LLC, Francesco Sorrentino and Paula Sorrentinto's ("co-Defendants") Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint with Prejudice (the "Pending Motion").

1. On August 17, 2009, Plaintiffs filed their Second Amended Complaint ("Complaint") in this matter, naming Coppola as a Defendant for the first time.

2. The Pending Motion, seeking partial dismissal of the Complaint, was filed on September 8, 2009 by the co-Defendants.

3. Subsequently, Coppola was served with the Complaint on or about October 16, 2009.

4. Coppola has since retained the undersigned to represent him in this matter along with the other co-Defendants.

5. Coppola hereby joins the Pending Motion pursuant to Federal Rule of Civil Procedure 12(g)(1).

    Respectfully submitted,

    JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038
    (212) 545-4000


By:   */s/ Felice B. Ekelman*
      Felice B. Ekelman (FE 5692)

    ATTORNEY FOR DEFENDANTS

Dated: November 4, 2009
      New York, New York

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Felice B. Ekelman*
Felice B. Ekelman (FE 5692)